**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TIMOTHY CRAYTON, | ) | 1:07-cv-1318 OWW GSA |
| | ) | |
| Plaintiff, | ) | ORDER RE: REQUEST FOR |
| | ) | AMENDMENT TO ORDER SETTING |
| v. | ) | MANDATORY SCHEDULING |
| | ) | CONFERENCE |
| ROCHESTER MEDICAL CORPORATION, a Minnesota corporation; and JOHN DOE DISTRIBUTOR, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Defendant, Rochester Medical Corporation's, February 19, 2008, Request for Amendment to Order Setting Mandatory Scheduling Conference, and good cause appearing therefore:

IT IS ORDERED that the filing of individual scheduling reports, as opposed to a Joint Scheduling Report, may be made in this case at the time when a Scheduling Conference is re-scheduled.

The parties will take notice of the minute order on the docket in this case that removes the Scheduling Conference

///

///

1

**previously set for March 14, 2008, due to the pending motion to dismiss.**

IT IS SO ORDERED.

**Dated:**   **February 25, 2008**            /s/ Oliver W. Wanger
                                                            UNITED STATES DISTRICT JUDGE