1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
Jon Kardassakis, SBN 90602
2      E-mail: kardassakis@lbbslaw.com
Stacy C. Spodick, SBN 210181
3      E-mail: spodick@lbbslaw.com
221 North Figueroa Street, Suite 1200
4 Los Angeles, California  90012
Telephone: (213) 250-1800
5 Facsimile: (213) 250-7900

6 Attorneys for Defendant
ROCHESTER MEDICAL CORPORATION
7

8
UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11 TIMOTHY CRAYTON,                         ) CASE NO. 1:07-CV-01318-OWW-GSA
                                           )
12          Plaintiff,                     ) ACTION FILED:    June 14, 2007
                                           )
13      v.                                 )
                                           ) **ORDER RE DEFENDANT'S**
14 ROCHESTER MEDICAL,                      ) **MOTION TO DISMISS;**
                                           ) **DEFENDANT'S MOTION TO**
15          Defendants.                    ) **STRIKE PUNITIVE DAMAGES;**
                                           ) **AND PLAINTIFF'S MOTION TO**
16 _____  ) **REMAND**

17                                          Date:  August 8, 2008

18                                          Hon. Oliver W. Wanger

19                                    **ORDER**

20      Defendant ROCHESTER MEDICAL CORPORATION, a Minnesota

21 Corporation's ("RMC") Motion to Dismiss was ruled upon by The Honorable Oliver

22 W. Wanger, of the above-entitled court.

23      The matter having been submitted, and good cause appearing, IT IS HEREBY

24 ORDERED THAT:

25      1.   ROCHESTER MEDICAL CORPORATION's Motion to Dismiss is

26 DENIED conditioned upon Plaintiff effectuating service within forty-five (45) days

27 from August 8, 2008.  Plaintiff Crayton must comply with federal procedural rules

28 pursuant to 28 U.S.C. §1448;

4847-8099-0466.1
[PROPOSED] ORDER RE DEFENDANT'S MOTION TO DISMISS

1    2.     ROCHESTER MEDICAL CORPORATION's Motion to Dismiss
2  Plaintiff's fraudulent misrepresentation claim pursuant to Rule 12 (b) (6) is
3  GRANTED with leave to amend.  Plaintiff must plead a short and plain statement of
4  the claim with each averment of the pleading simple, concise and direct as required
5  by Fed. R. Civ. P. 8 (a) (2) and (d) (1);
6    3.     ROCHESTER MEDICAL CORPORATION's Motion to Strike Punitive
7  Damages pursuant to Rule 12 (f) is DENIED on the condition that Plaintiff
8  sufficiently states a claim for fraud.  If no amendment is made, the motion is
9  GRANTED with leave to amend;
10    4.     Plaintiff CRAYTON's Motion to Remand pursuant to 28 U.S.C. §1446
11  (b) is DENIED; and
12    5.     ROCHESTER MEDICAL CORPORATION shall submit Order
13  consistent with the Court's decisions within five (5) days following service by the
14  clerk of the court of the same.
15    IT IS SO ORDERED
16  Dated: August 20, 2008                    /s/ OLIVER W. WANGER
                                              Honorable Oliver W. Wanger
17
18
19
20
   LEWIS BRISBOIS BISGAARD & SMITH LLP
   400 SOUTH FOURTH STREET, SUITE 500
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**
File No. 200-734
*Timothy Crayton v. Rochester Medical, et al.*
USDC Eastern District Court Case No. CV-S-1500-261075 LPE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

    On August 11, 2008, I served the following document described as **ORDER RE DEFENDANT'S MOTION TO DISMISS; DEFENDANT'S MOTION TO STRIKE PUNITIVE DAMAGES; AND PLAINTIFF'S MOTION TO REMAND** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

*SEE ATTACHED SERVICE LIST*

[ ]  (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[X]  (BY MAIL, 1013a, 2015.5 C.C.P.) [ ] I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. [X] I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (BY PERSONAL SERVICE) I delivered the foregoing envelope by hand to the offices of the addressee.

[ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 11, 2008, at Los Angeles, California.

 

                                                                 ANTOINETTE T. MURIEL

**SERVICE LIST**

File No. 200-734

*Timothy Cray ton v. Rochester Medical, et al.*
USDC Eastern District Court Case No. CV-S-1500-261075 LPE

| | |
|---|---|
| Timothy Crayton<br>PO7736<br>D4-120<br>Kern Valley State Prison<br>P.O. Box 5103<br>DeLano, CA 93216 | *Plaintiff In Pro Per* |
| William Adams<br>Fax:  661.721.6306 | *Litigations Coordinator* |

LEWIS BRISBOIS BISGAARD & SMITH LLP
400 SOUTH FOURTH STREET, SUITE 500

4847-8099-0466.1

[PROPOSED] ORDER RE DEFENDANT'S MOTION TO DISMISS