# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY CRAYTON | ) | 1:07-CV-1318 OWW GSA |
| | ) | |
| | ) | |
| | ) | ORDER GRANTING PLAINTIFF'S REQUEST |
| Plaintiff, | ) | TO AMEND THE SCHEDULING ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| ROCHESTER MEDICAL | ) | (Document 61) |
| CORPORATION, a Minnesota corporation | ) | |
| and JOHN DOE DISTRIBUTOR, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

On September 11, 2009, Plaintiff filed a Motion to Extend the Scheduling Order. Specifically, Plaintiff has requested that the non-expert discovery deadline which is currently September 1, 2009, be extended until September 25, 2009. The basis for the Plaintiff's request is that he has not had access to his case files and he is having difficulty getting copies of legal documents made while in prison.

Fed.R.Civ.P. 16(b)(2) and (3) requires district courts to enter scheduling orders to establish deadlines for, among other things, "to file motions" and "to complete discovery." Modifications of the scheduling order requires a showing of good cause. Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot be reasonably met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F. 3d 1080,

1087 (9th Cir. 2002) quoting Johnson v. Mammoth Recreations, Inc., 975 F. 2d 604, 607 (9th Cir. 1992)).

On September 18, 2009, the Court ordered that any opposition to this motion shall be filed by September 21, 2009.  No oppposition has been filed.  Plaintiff has demonstrated good cause for the reques and the motion is granted.

Accordingly, it is HEREBY ORDERED :

1) The non-expert discovery deadline shall be extended from September 1, 2009 until September 25, 2009, nunc pro tunc.

IT IS SO ORDERED.

Dated:   **September 23, 2009**              **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE