# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON<br><br>               Plaintiff,<br><br>v.<br><br>ROCHESTER MEDICAL CORPORATION, a Minnesota corporation and JOHN DOE DISTRIBUTOR,<br><br><br><br>            Defendants. | 1:07-CV-1318 OWW GSA<br><br>ORDER DENYING PLAINTIFF'S MOTION TO QUASH SUBPOENA<br><br>(Document 145) |

On March 15, 2010, Plaintiff filed a Motion to Quash a Subpoena issued by Defendant Rochester Medical Corporation ("Defendant") on February 25, 2010. The subpoena was directed to Warden Harrington and Kern Valley State Prison and requested documents and evidence relating to the use the Ultraflex Silicone External Male Catheters by Plaintiff.

On March 24, 2010, Defendant filed an opposition to Plaintiff's Motion to Quash. In the opposition, Defendant has indicated that it has voluntarily withdrawn its subpoena request. Since the subpoena has been withdrawn, Plaintiff's Motion to Quash the Subpoena is moot. Accordingly, Plaintiff's Motion to Quash the Subpoena issued by Defendant Rochester Medical Corporation on February 25, 2010 is DENIED.

    IT IS SO ORDERED.

**Dated:**   **March 26, 2010**           **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE