1

2

3                    **IN THE UNITED STATES DISTRICT COURT**

4                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

5

6    TIMOTHY CRAYTON,                          CASE NO. 07-cv-1318 OWW GSA

7                   Plaintiff,                 ORDER REQUIRING DEFENDANT
                                               TO FILE DEPOSITION TRANSCRIPTS
8          vs.

9    ROCHESTER MEDICAL CORP.,

10                 Defendant.
     _____/

11

12         Pending before the Court is Plaintiff, Timothy Crayton's ("Plaintiff") Motion for Summary

13   Judgment filed on December 30, 2009.  Also pending before the Court is Defendant, Rochester

14   Medical Corporation's ("Defendant") Cross Motion for Summary Judgment filed on April 21, 2010.

15   In support of its motion, Defendant has filed portions of the deposition transcripts of Jonathan

16   Akanno, M.D. and Larry Dileo, M.D., both taken on November 10, 2009.  Although Defendant has

17   sent courtesy copies of the entire deposition transcripts to chambers, complete copies of the

18   transcripts have not been filed into the Court's electronic filing system.

19         Plaintiff has raised issues regarding the veracity of the portions of the transcripts filed by

20   Defendant.  Accordingly, for purposes of clarifying the record, **within five days of the date of this**

21   **order**, Defendant shall file the complete deposition transcripts (including any attachments)

22   referenced above.

23

24   **IT IS SO ORDERED.**

25

26   Dated: January 27, 2011                   /s/ OLIVER W. WANGER
                                               United States District Judge
27

28

                                               1