# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON, | ) 1:07-cv-1318-OWW-GSA |
| | ) |
| Plaintiff, | ) ORDER GRANTING APPLICATION |
| | ) TO PROCEED IN FORMA PAUPERIS |
| v. | ) |
| | ) (Document 207) |
| ROCHESTER MEDICAL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

On March 23, 2011, Plaintiff, Timothy Crayton, appearing pro se, filed a motion to continue his in forma pauperis status in connection with his Notice of Appeal filed on March 9, 2011. (Doc. 207). Plaintiff seeks to appeal from the Honorable Oliver W. Wanger's Memorandum Decision dated February 4, 2011, wherein summary judgment was entered in favor of Defendant and against Plaintiff. (Doc. 202).

While Plaintiff requests that his in forma pauperis status be continued, the Court notes that in forma pauperis status was not previously granted as this action was initially removed from the Kern County Superior Court. (Doc.2). Accordingly, the Court will review Plaintiff's motion as an initial request.

Having reviewed the in forma pauperis application filed on March 23, 2011, this Court GRANTS Plaintiff Crayton's application pursuant to 28 U.S.C. § 1915(a).  The Clerk of the Court is directed to serve this order on the Ninth Circuit Court of Appeals.


IT IS SO ORDERED.

Dated:   **April 28, 2011**              /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE